TO:   CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

### MINUTES OF MEETING OF CREDITORS

CASE NAME    : _Manuel M. Babilonia Santiago_ , CASE NUMBER : _16 - 01148_

_Mirta Cortes_                    CHAPTER    : _11_

_____                    JUDGE    : _EJL_

DATE OF MEETING: _4/11/16_        TIME OF MEETING: _9:00 a.m._

TRACK NUMBER    : _01_

METER READING
START    : _0:00_ (hr:min)

END    : _0:29_ (hr:min)

1) **DEBTOR:**
( X ) PRESENT
(  ) NOT PRESENT
(  ) SPOUSE NOT PRESENT

2) **DEBTOR'S ATTORNEY:**
( X ) PRESENT
(  ) NOT PRESENT

3) **CREDITORS:**
( X ) PRESENT (See attachment)
(  ) NOT PRESENT

4) **TRUSTEE:**
(  ) HAS BEEN APPOINTED
     NAME OF TRUSTEE:_____
( X ) HAS NOT BEEN APPOINTED

5) **UNSECURED CREDITORS COMMITTEE:**
(  ) HAS BEEN APPOINTED
( X ) HAS NOT BEEN APPOINTED

6) **SCHEDULES:**
( X ) HAVE BEEN FILED
(  ) HAVE NOT BEEN FILED

7) **STATEMENT OF FINANCIAL AFFAIRS:**
( X ) HAS BEEN FILED
(  ) HAS NOT BEEN FILED

8) **INVENTORY OF THE PROPERTY OF
THE DEBTOR'S ESTATE:**
( X ) HAS BEEN FILED
(  ) HAS NOT BEEN FILED

9) **PROOF OF CLOSING PRE-PETITION
BANK ACCOUNTS:**
( X ) HAS BEEN FILED
( X ) HAS NOT BEEN FILED _(1 BPPR # 2738)(7 days)_

10) **PROOF OF OPENING DEBTOR
IN POSSESSION BANK ACCOUNTS:**
( X ) HAS BEEN FILED
(  ) HAS NOT BEEN FILED

11) **TAX RETURNS LAST TWO YEARS:**
( X ) HAVE BEEN FILED
(  ) HAVE NOT BEEN FILED

12) **FINANCIAL STATEMENT(s) LAST
TWO YEARS:**
( X ) HAVE BEEN FILED _2013_
(  ) HAVE NOT BEEN FILED

13) **RENT ROLL:**
( X ) HAS BEEN FILED _(Monthly)_
(  ) HAS NOT BEEN FILED

14) **PROOF OF INSURANCE:**
( X ) HAS BEEN FILED _(Exp. 4/30/16)_
( X ) HAS NOT BEEN FILED _(Renewal - 14 days)_

15) **MEETING:**
( X ) CLOSED
(  ) CONTINUED TO:

DATE:_____

TIME :_____

- 2 -

16)   COMMENTS:

- Debtor within 7 days will amend:
  · Sch. H → include Related Corp.
     B & D, SE.
- Debtor will request substantive consolidation.

(Filed Electronically)

_____
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

4/11/16
Date

- 3 -

Manuel Babilonia
16 - 01148

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|------|--------------------------------|---------|-----------|---------|
| Eduardo M. Veray | BPPR Special tours | eduardo.veray@popular.com | | |