UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

### Hearing Information:

**Debtor:** MANUEL M BABILONIA SANTIAGO and MIRTA CORTES
**Case Number:** 16-01148-BKT11           **Chapter:** 11
**Date / Time / Room:** 04/27/2016 09:00 am
**Bankruptcy Judge:** BRIAN K. TESTER
**Courtroom Clerk:** WENDY VEGA
**Reporter / ECR:** CYBELLE HERNANDEZ/LOURDES ALVAREZ

### Matter:

Status Conference 11

### Appearances:

ISABEL M FULLANA FOR DEBTORS (CASE CALLED TOGETHER WITH THE RELATED CASE)

### Proceedings and ORDER:

Debtor filed a Status Report on 4/07/2016, docket No. 27. **Debtor is NOT a Small Business case.** This case is related to the case of Manuel M. Babilonia & Mirta Cortes, Case No. 16-1148.  Both debtors are separated.  Mrs. Cortes and Mr. Babilonia have different business operations.

B & D Enterprises is a special partnership created to segregate a lot and sale the same.  Lots were already segregated and is not in operation the business. The Debtor will consolidate the case of the individuals, Manuel Babilonia & Mirta Cortes,  with B & D Enterprises.

The only creditor for B & D Enterprises is Banco Popular de P.R.   CIDA is a marketing business, which has not filed bankruptcy.

**The monthly operating reports for both cases 16-00978 and 16-01148 will be filed within seven (7) days.  The debtor will request the consolidation within fourteen (14) days.**  Also, the case of Motel Tropical, Case No. 16-0966 is related with these cases.  However, will not be consolidated.

**The Disclosure Statement and Plan will be filed by 06/18/2016.**

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge