IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MANUEL M BABILONIA SANTIAGO

MIRTA CORTES

XXX-XX-6197

XXX-XX-7354

Debtor(s)

CASE NO. 16-01148 BKT

Chapter 11

**FILED & ENTERED ON 5/24/2016**

### ORDER TO SHOW CAUSE

The Debtors are ordered to show cause within ten (10) days, why the case should not be dismissed for failure to comply with this court's order on docket (#44).

Upon failure to comply, the case will be dismissed without further order or notice. Order due by June 3, 2016.

SO ORDERED.

San Juan, Puerto Rico, this 24th day of May, 2016.

Brian K. Tester
U.S. Bankruptcy Judge