IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 16-01148 BKT

MANUEL M BABILONIA SANTIAGO        Chapter 11

MIRTA   CORTES


XXX-XX-6197

XXX-XX-7354

FILED & ENTERED ON 08/23/2016

Debtor(s)

## ORDER AND NOTICE

    1. A hearing on approval of disclosure statement is hereby scheduled for 10/26/2016 at 09:00 A.M. at the U.S. Bankruptcy Court, Jose V. Toledo Federal Building and U.S. Courthouse, 300 Recinto, Sur, Courtroom No. 1, Second Floor, Old San Juan, Puerto Rico; to consider and rule upon the adequacy of the disclosure statement and the information contained therein, to consider objections to the disclosure statement, and such other matters as may properly come before the court.

    2. Objections to the form and content of the disclosure statement should be in writing and filed with the court and served upon parties in interest at their address of record not less than fourteen (14) days prior to the hearing. Objections not timely filed and served will be deemed waived.

    **SO ORDERED.**

    In San Juan, Puerto Rico, this 23 day of August, 2016.

                                                  Brian K. Tester
                                          U.S. Bankruptcy Judge

C:    DEBTOR(S)
      ISABEL M FULLANA
      US TRUSTEE