# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
### SAN JUAN   DIVISION

IN RE:  **MANUEL M. BABILONIA SANTIAGO &**   }        **CASE NUMBER: 16-01148**
      **MIRTA CORTES RAMOS**   }

      }
      }        **JUDGE**
      }
      **DEBTOR.**   }        **CHAPTER 11**

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**        **AUGUST 1,2016**     **TO**     **AUGUST 31,2016**

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   **9/19/2016**

S/ Isabel M Fullana

**Attorney for Debtor**
**252  Ponce de Leon**
**Ave.Suite 1101**
**San Juan, PR 00918**
**Tel. 787 766-2530**
**Fax-787-756-7800**
**Email:isabelfullana@gmail.com**

**Debtor's Address**
**and Phone Number:**
PO BOX 1531
QUEBRADILLAS PR 00678-1531

Tel. (787)396-0374

**Attorney's Address**
**and Phone Number:**
PO BOX 11575
SAN JUAN PR 00910-2679

Bar No. 7955
Tel. 787-766-2530

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/reg_info.htm
1)        Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)        Initial Filing Requirements
3)        Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

**Case Name: MANUEL M. BABILONIA SANTIAGO & MIRTA CORTES RAMOS**
**Case Number: 16-01148**

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $3,005.84 | $46,215.00 |
| **CASH- Beginning of Month (Business)** | $2,967.18 | $6,731.53 |
| | | |
| **Total Household Receipts** | $1,118.25 | $34,181.43 |
| **Total Business Receipts** | $646.00 | $30,126.22 |
| **Total Receipts** | $1,764.25 | $64,307.65 |
| | | |
| **Total Household Disbursements** | $1,324.87 | $77,597.21 |
| **Total Business Disbursements** | $2,251.60 | $35,496.17 |
| **Total Disbursements** | $3,576.47 | $113,093.38 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | ($1,812.22) | ($48,785.73) |
| | | |
| **CASH- End of Month (Individual)** | $2,799.22 | $2,799.22 |
| **CASH- End of Month (Business)** | $1,361.58 | $1,361.58 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $3,576.47 | $113,093.38 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $3,576.47 | $113,093.38 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __19__ day of __August__ 20 __16__.

_____
Debtor's Signature

Monthly Operating Report - Individual

**MANUEL M. BABILONIA & MIRTA CORTES**
**SCHEDULE OF HOUSEHOLD**
**CASH RECEIPTS AND CASH DISBURSEMENTS - CASH**
**AUGUST 1 to AUGUST 31, 2016**

| No Bank Account | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | $3,005.84 | $46,215.00 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business (Mirta Cortés) | $72.40 | $5,311.60 |
| Wages from Other Sources (attach list )Salary from Motel Tropical,Inc. | $3,000.00 | $15,084.29 |
| Interest or Dividend Income | | |
| Alimony or Child Support(Paid from Manuel Babilonia to Mirta Cortes) | 900.00 | 3,900.00 |
| Social Security/Pension/Retirement | | 64.00 |
| Reimbursement of Medical Plan (Mirta Cortes) | | 144.99 |
| Coop San Rafael 11637(Retired of Stock) | *    (2,854.15) | - |
| Loans/Borrowing from Outside Sources | | 0.00 |
| Other (specify) (attach list to this report) Manuel Babilonia & Mirta | | 9,070.00 |
| Transfer from Account 084-272738 to Account 084-296259 | | 606.55 |
| **TOTAL RECEIPTS** | $1,118.25 | $34,181.43 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments(Mirta Cortes) | 900.00 | 3,900.00 |
| Charitable Contributions | | |
| Gifts | | 146.32 |
| Household Expenses/Food/Clothing | 1369.89 | 8018.39 |
| Household Repairs & Maintenance | 170.55 | 1483.4 |
| Insurance | 19 | 58.00 |
| IRA Contribution | | |
| Lease/Rent Payments(MIRTAS APARTMENT) | 700.00 | 3,300.00 |
| Medical/Dental Payments | 422.18 | 2,118.93 |
| Mortgage Payment(s) Loan#4 & Loan#5 Coop. San Rafael (sociol 1637) | *    (2,508.15) | 1,689.65 |
| Other Secured Payments | | - |
| Taxes - Personal Property | | - |
| Taxes - Real Estate | | - |
| Taxes Other (attach schedule) | | - |
| Travel & Entertainment | 192.00 | 4,664.53 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 72.40 | 1,256.83 |
| Vehicle Expenses | 330.00 | 3,756.06 |
| Vehicle Secured Payment(s) | | 0 |
| U. S. Trustee Quarterly Fees | | - |
| Professional Fees (Legal, Accounting) LIC. FULLANA | | 10,500.00 |
| Other (attach schedule)BANK CHARGES | 3.00 | 35.77 |
| Car Loan(Oriental Bank) | | 1,660.78 |
| Credit Card Master Card Coop San Rafael (1089) | *    (346.00) | 408.00 |
| Repairs Motel Tropical,Inc. | | 33,994.00 |
| Transfer from Account Coop San  Rafael  to Account BPPR 338-219680 | | - |
| Transfer from Account 084-272738 to Account 084-296259 | | 606.55 |
| **Total Household Disbursements** | $1,324.87 | $77,597.21 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $2,799.22 | $2,799.22 |

\* THE COOPERATIVE SAN RAFAEL REVERSE THE CHARGE  TO LOAN #4 AND #5  AND THE CHARGE  TO THE CREDIT CARD #1089.

**MANUEL BABILONIA  DB/As HOSTAL TROPICAL APARTMENTS &
MIRTA CORTES DB/As PERLAS DEL MAR
AUGUST 1, 2016 to AUGUST 31, 2016
SCHEDULE OF BUSINESS
CASH RECEIPTS AND CASH DISBURSEMENTS**

| Account | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $2,967.18 | $6,731.53 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | - |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income  ACCOUNT147-308216 BPPR(PERLAS | 250.00 | 20,569.22 |
| Transfer from Oriental to BPPR Account #1050657945 | | 670.00 |
| Deposit from COOP SAN Rafael  to Hostal Tropical BPPR | 300.00 | 300.00 |
| Other (specify) (attach list to this report)Reverse for Coop. San Rafael | | 96.00 |
| Rent from Hostal Tropical Apartments | 96.00 | 8,491.00 |
| **Total Business Receipts** | 646.00 | 30,126.22 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | 1,494.39 |
| Inventory Purchases | | |
| Deposit in Hostal Tropical Account(BPPR from Coop San Rafael | 300.00 | 300.00 |
| Utilities (Business) | 984.82 | 6,236.10 |
| Insurance | | 2,050.77 |
| Vehicle Expenses | | |
| Reimbursement for cancellation | 150.00 | 150.00 |
| Travel & Entertainment | | |
| Repairs and Maintenance | 467.64 | 4,677.69 |
| Supplies (Hostal) | | 1,538.15 |
| Profesional Services | 273.74 | 498.74 |
| Deposit in Account Motel BPPR(338219680)from Coop San Rafael | | 352.00 |
| Licences /Memberships | | 860.00 |
| Deposit in New Account BPPR PERLAS | | 670.00 |
| Bank Charges | 3.00 | 226.69 |
| Other (attach schedule) LOAN MOTEL TROPICAL,INC. | | 5,200.00 |
| Personal Expense Cash Manuel Babilonia | | 4,400.00 |
| MIRTA CORTES(PERSONAL) | 72.40 | 6,841.64 |
| **Total Business Disbursements** | $2,251.60 | $35,496.17 |
| | | |
| **CASH** - End of Month (Must equal reconciled bank statement - Attachment No. 2) | $1,361.58 | $1,361.58 |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | X | |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | |
| 8. | Are any post-petition state or local sales taxes past due? | X | |
| 9. | Are any post-petition real estate taxes past due? | X | |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY     and     CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| PROPERTY COVERAGE - BENITEZ INSURANCE AGENCY, INC. | 4/15/2016 | 3/15/2016 | - |
| LIABILITY COVERAGE - BENITEZ INSURANCE AGENCY, INC. | 4/15/2016 | 4/15/2016 | - |
| PERSONAL UMBRELLA  COVERAGE - BENITEZ INSURANCE AGENCY, INC. | 4/15/2016 | 3/15/2016 | - |
| PROPERTY COVERAGE - BENITEZ INSURANCE AGENCY, INC. | 5/10/2016-5/30/2017 | monthly | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | CASH | BPPR | COOP SAN RAFAEL | BPPR |
| Account Number: | HOSTAL | 147308216 | 11637 | 147331404 |
| Purpose of Account (Business/Personal) | HOSTAL | BUSINESS(PERLAS) | PERSONAL (BUSSINES HOSTAL | BUSINESS (HOSTAL) |
| Type of Account (e.g. checking) | CASH | CHECKING | CORRIENTE & ESCROW | CHECKING |
| | | | | |
| 1.  Balance per Bank Statement | $451.71 | $117.91 | $127.57 | 664.39 |
| 2.  ADD:  Deposits not credited (attach list to this report) | | | | |
| 3.  SUBTRACT:  Outstanding Checks (attach list) | | | | |
| 4.  Other Reconciling Items (attach list to this report) | | | | |
| 5.  Month End Balance (Must Agree with Books) | $451.71 | $117.91 | $127.57 | $664.39 |
| TOTAL OF ALL ACCOUNTS | | | | $1,361.58 |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information  Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| Cooperative San Rafael | | | | |
| Common Stock | 2/2/2000 | Stock | $20,437.20 | 20,437.20 BB |
| Disbursement Payment of Loan(Loan #4 & #5) | | | | ($836.05) |
| (socio 11637) | | | | |
| Last  Balance (5/1/2016)Common Stock | | | | $19,601.15 |
| Disbursement Payment of Loan(Loan #4 & #5) | | | | ($836.05) |
| | | | | |
| | | | | $18,765.10 |
| DIVIDENDS | 6/24/2016 | DIVIDENS | | $129.98 |
| DIVIDENDS | 6/24/2016 | DIVIDENS | | $153.00 |
| Disbursement Payment of Loan(Loan #4 & #5) | | | | ($836.05) |
| BALANCE (6/30/2016)Common Stock | | | | $18,212.03 |
| Disbursement Payment of Loan(Loan #4 & #5) | | | | ($836.05) |
| MC Payment | | | | ($346.00) |
| BALANCE (7/31/2016)Common Stock | | | | $17,029.98 |
| Reverse per Dir(AUT) | 9/15/2016 | | | $3,317.52 |
| Reverse per Dir(AUT) | 9/15/2016 | | | $26.68 |
| Reverse Payment M/C | 9/15/2016 | | | $346.00 |
| BALANCE (8/31/2016)Common Stock | | | | $20,720.18 |

Note:  Attach a copy of each investment account statement.

BB=Beginning Balance

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BPPR | COOP SAN RAFAEL | CASH | CASH |
| Account Number: | 084-296259 | 11637 | N/A | N/A |
| Purpose of Account (Business/Personal) | PERSONAL MIRTA | PERSONAL | PERSONAL | PERSONAL |
| Type of Account (e.g. checking) | CHECKING | | MIRTA CORTES | MANUEL BABILONIA |
| 1. Balance per Bank Statement | $500.04 | | $129.22 | 2169.96 |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | $500.04 | $0.00 | $129.22 | $2,169.96 |
| TOTAL OF ALL ACCOUNTS | | | | $2,799.22 |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information    Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

### MANUEL BABILONIA & MIRTA CORTES
### AUGUST 1,2016 to AUGUST 31,2016
### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | CASH |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| **MIRTA CORTES (ACCOUNT # 084-296-259 BPPR)** | | | | | |
| DEBIT | 8/1/2016 | SHOPRITE BAYONNE | PURCHASE CLOTHES | $124.68 | |
| DEBIT | 8/5/2016 | ATH WITHDRAWAL | PURCHASE FOOD | $202.00 | |
| DEBIT | 8/22/2016 | MULTINATIONAL LI CHECK DEP. | INSURANCE | $19.00 | |
| DEBIT | 8/31/2016 | ATH WITHDRAWAL | RENT RICHIE VELAZQUEZ(AUGUST) | $500.00 | |
| dEBIT | 8/31/2016 | BPPR | SERVICE CHARGES | $3.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | subtotal Mirta | $848.68 | |
| | **MIRTA CORTES (COMPRAS CASH)** | | | | |
| | | | | | |
| | | | | | |
| CASH | 8/5/2016 | CITY DOLLAR | PERSONAL CARE ITEMS | 5.66 | |
| CASH | 8/5/2016 | FAMILY DOLLAR | PERSONAL CARE ITEMS | 7.10 | |
| CASH | 8/6/2016 | SHOP SUPERMARKETS | FOOD | 123.64 | |
| CASH | 8/30/2016 | SHOP SUPERMARKETS | FOOD | 100.00 | |
| CASH | 8/22/2016 | RICHIE VELAZQUEZ | RENT (DEBT JULY 2016) | 200.00 | |
| | | | | | |
| | | | | | |
| | | | subtotal Mirta | $436.40 | $1,285.08 |
| | | | | | |
| | **MANUEL BABILONIA(COMPRAS CASH)** | | | | |
| CASH | 8/6/2016 | PANDA EXPRESS | FOOD BABILONIA | 20.96 | 682.81 |
| CASH | 8/18/2016 | TJ MAXX,MARSHALS | CLOTHES BABILONIA | 200.00 | |
| CASH | 8/28/2016 | LAUNDRY | LAUNDRY | 70.00 | |
| CASH | 8/1/2016 | SAMS | FOOD BABILONIA | 246.85 | |
| CASH | 8/30/2016 | HATILLO CASH & CARRY | FOOD BABILONIA | 123.00 | |
| CASH | 8/20/2016 | MEDICAL INSURANCE | MEDICAL INSURANCE | 329.00 | |
| CASH | 8/24/2016 | BARBER | PERSONAL CARE | 60.00 | |
| CASH | 8/15/2016 | SHELL QUEBRADILLAS | GASOLINE | 280.00 | |
| CASH | 8/1/2016 | PUMA | GASOLINE | 50.00 | |
| CASH | 8/27/206 | PHARMACY | MEDICINES BABILONIA | 94.18 | |
| CASH | 8/28/2016 | FIRST STOP | REPAIR VEHICLES | 170.55 | |
| CASH | 8/31/2016 | TJ MAXX,MARSHALS | CLOTHES BABILONIA | 85.00 | |
| CASH | 8/15/2016 | LA QUEBRADITA RESTAUF ANT | ENTERTAINMENT | 90.00 | |
| CASH | 8/29/2016 | LA QUEBRADITA RESTAURANT | ENTERTAINMENT | 102.00 | |
| CASH | 8/22/2016 | MIRTA CORTES | ALIMONY FOR MIRTA | 900.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | subtotal Babilonia | $2,821.54 | |
| | | | TOTAL | $4,106.62 | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3B**

### MANUEL BABILONIA DB/As HOSTAL TROPICAL APARTMENTS
### AUGUST 1,2016 to AUGUST 31,2016
### CASH DISBURSEMENTS DETAILS - OPERATING

| Name of Bank | BPPR |
|---|---|
| Account Number | 147-331404 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| BPPR 147331404: | | | | |
| | | | | |
| CK#33 | 8/10/2016 | ROSAURA PEREZ | PROFESIONAL SERVICES | 273.74 |
| | | | | |
| | | | | |
| | | | | |
| COOPERATIVE SAN RAFAEL: | | | | |
| | | | | |
| | 8/12/2016 | Coop San Rafael | Deposit from Coop San Rafael to BPPR(Hostal) | 300.00 |
| | | | | |
| | | | | |
| | | | | |
| CASH: | | | | |
| | | | | |
| CASH | 8/9/2016 | TROPIGAS | GAS HOSTAL | 105.44 |
| CASH | 8/8/2016 | NATIONAL  LUMBER | REPAIR BATHROOM | 8.42 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $687.60 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of cneck.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

### MIRTA CORTES DB/As PERLAS DEL MAR
### AUGUST 1,2016 to AUGUST 31,2016
### CASH DISBURSEMENTS DETAILS - OPERATING

| Name of Bank | BPPR | |
|---|---|---|
| Account Number | 147-308216 | |
| Purpose of Account (Business) | OPERATING | |
| Type of Account (e.g., Checking) | CHECKING | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | **ACCT # 147-308216 BPPR** | | | |
| | | | | |
| | | | | |
| **PERLAS DEL MAR:** | | | | |
| DEBIT | 8/1/2016 | CLARO | TELEPHONE PERLAS | 32.67 |
| DEBIT | 8/2/2016 | SAFESECURITY | SAFESECURITY 8006697779 | 148.78 |
| CK#1023 | 8/5/2016 | AEE | AEE PERLAS JULY | 661.44 |
| DEBIT | 8/9/2016 | SPRINT | TELEPHONE PERLAS | 133.00 |
| DEBIT | 8/10/2016 | SPRINT | TELEPHONE PERLAS | 50.63 |
| DEBIT | 8/15/2016 | DISH NETWORK DISH NTWRK | DISH NETWORK PERLAS | 107.08 |
| CK#32 | 8/22/2016 | CASH | REIMBURSEMENT RENT POOL(RAFAEL VARGAS) | 150.00 |
| CK#39 | 8/30/2016 | ISMAEL PEREZ | MAINTENANCE POOL | 165.00 |
| CK#1025 | 8/30/2016 | JUAN DAVID MUÑIZ | MAINTENANCE PERLAS | 40.00 |
| | 8/31/2016 | BPPR | BANK CHARGES | 3.00 |
| | | | | |
| | | | | |
| **MIRTA CORTES:** | | | | |
| | | | | |
| DEBIT | 8/29/2016 | CLARO | TELEPHONE MIRTA | 43.84 |
| DEBIT | 8/31/2016 | CLARO | TELEPHONE MIRTA | 28.56 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | subtotal | $1,564.00 |
| | **VOIDS CHECKS** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |
| | | | | $1,564.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 4**

**N/A**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | N/A | |
| Plus:  Billings During the Month | N/A | |
| Less: Collections During the Month | N/A | |
| Adjustments or WriteOffs* | N/A | |
| Accounts Receivable Ending Balance** | N/A | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | N/A | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\*  Attach explanation of  any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | **$9,349.75** |
| **Total Federal Taxes** | | |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List)Puerto Rico Tourism Co. | - | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | **$0.00** | **$9,349.75** |

\*  The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**ATTACHMENT NO.4 A**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Accrued |
|---|---|---|
| Other Taxes | | |
| Puerto Rico Tourism Co. | | |
| Perlas del Mar year 2014 | | $ 3,696.00 |
| Perlas del Mar year 2015 | | 3,151.00 |
| Perlas del Mar year 2016 | | 1,053.00 |
| Perlas del Mar year 2016 | | 91.70 |
| Perlas del Mar year 2016 | | 253.90 |
| Perlas del Mar year 2016 | | 130.91 |
| Perlas del Mar year 2016 | | 177.14 |
| Perlas del Mar year 2016 | | 208.87 |
| Perlas del Mar year 2016 | | 17.50 |
| Puerto Rico Tourism Co. | | |
| Hostal Tropical Apartments 2016 | | $ 252.00 |
| Hostal Tropical Apartments 2016 | | 56.00 |
| Hostal Tropical Apartments 2016 | | 0.00 |
| Hostal Tropical Apartments 2016 | | 18.48 |
| Hostal Tropical Apartments 2016 | | 7.00 |
| Hostal Tropical Apartments 2016 | | 124.53 |
| Hostal Tropical Apartments 2016 | | 105 |
| Hostal Tropical Apartments 2016 | | 6.72 |
| | | |
| | $ - | $ 9,349.75 |

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 5

N/A

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | $3,871.44 | | |
| Plus:  New Indebtedness During the Month | $2,251.37 | | |
| Less: Amount Paid on Acct. Payables in Month | 871.44 | | |
| Adjustments or WriteOffs** | 0.00 | | |
| Accounts Payable Ending Balance | $5,251.37 | | |

*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| JUAN A FELICIANO CHARNECO ASOC. | 2/18/2016 | 210 | $400.00 |
| JUAN A FELICIANO CHARNECO ASOC. | 3/18/2016 | 180 | $400.00 |
| JUAN A FELICIANO CHARNECO ASOC. | 4/18/2016 | 150 | $400.00 |
| JUAN A FELICIANO CHARNECO ASOC. | 5/18/2016 | 120 | $400.00 |
| JUAN A FELICIANO CHARNECO ASOC. | 6/18/2016 | 90 | $400.00 |
| JUAN A FELICIANO CHARNECO ASOC. | 7/18/2016 | 60 | $400.00 |
| JUAN A FELICIANO CHARNECO ASOC. | 8/18/2016 | 30 | $400.00 |
| FINANCIAL PROJECTIONS | 7/31/2016 | 45 | $600.00 |
| AAA(PERLAS DEL MAR AUGUST) | 8/30/2016 | 15 | $75.00 |
| AEE(PERLAS DEL MAR AUGUST) | 8/30/2016 | 18 | $1,760.72 |
| AEE(PERSONAL AUGUST) | 8/30/2016 | 18 | $15.65 |
| | | | |
| | | | |
| | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| | | | $5,251.37 |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## BANCO POPULAR.

**Estado Bancario**

Desde:
30 de julio de 2016

Hasta:
31 de agosto de 2016

MANUEL M BABILONIA SANTIAGO DBA HOSTAL
TROPICAL APARTMENTS OPERACIONAL 1601148
4061 AVE MILITAR
ISABELA PR 00662-4183

BANKRUPTCY COURT

Página 1

Número de Cuenta
**147-331404**

MANUEL M BABILONIA SANTIAGO DBA
HOSTAL

## Resumen de su Cuenta

### Cheques

| | | |
|---|---|---|
| Balance Inicial | | $638.13 |
| 01 Depósitos | | 300.00 |
| 01 Retiros | | 273.74 |
| Cargos por Servicios | | 0.00 |
| **Balance Final** | | **$664.39** |

Recibe **GRATIS** en tu correo electrónico tu Estado de Cuenta comercial!! Llame al 787-756-3939 o 1-855-756-3939.

Ahora TeleBanco Comercial es el **nuevo Centro de Banca de Negocios** y nuestro nuevo número es el 787-756-3939 o 1-855-756-3939.

**CENTRO DE BANCA DE NEGOCIOS** le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:

- Balance en sus cuentas
- Productos y servicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

## Detalle de la actividad de su Cuenta

### Cheques

Balance Inicial                $638.13

#### Depósitos

Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-13 | 500051170 | Depósito | 300.00 |
| | | 01 Total de hojas de depósito | $300.00 |
| | | 01 Total de depósitos | $300.00 |

#### Retiros

Cheques Pagados

| Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|
| 00033 | 08-10 | 500143680 | 273.74 |
| | | 01 Cheques Pagados | $273.74 |
| | | 01 Total de retiros | $273.74 |
| | | **Balance Final** | **$664.39** |

### Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 08-01 | 638.13 | 638.13 | 08-15 | 664.39 | 664.39 |
| 08-02 | 638.13 | 638.13 | 08-16 | 664.39 | 664.39 |
| 08-03 | 638.13 | 638.13 | 08-17 | 664.39 | 664.39 |
| 08-04 | 638.13 | 638.13 | 08-18 | 664.39 | 664.39 |
| 08-05 | 638.13 | 638.13 | 08-19 | 664.39 | 664.39 |
| 08-08 | 638.13 | 638.13 | 08-22 | 664.39 | 664.39 |
| 08-09 | 638.13 | 638.13 | 08-23 | 664.39 | 664.39 |
| 08-10 | 664.39 | 664.39 | 08-24 | 664.39 | 664.39 |
| 08-11 | 664.39 | 664.39 | 08-25 | 664.39 | 664.39 |
| 08-12 | 664.39 | 664.39 | 08-26 | 664.39 | 664.39 |

 **BANCO POPULAR**.

Desde:
30 de julio de 2016

Hasta:
31 de agosto de 2016

BANKRUPTCY COURT

Página 2

Número de Cuenta
**147-331404**

MANUEL M BABILONIA SANTIAGO DBA
HOSTAL

### Historial de Balance Diario (continuación)

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|-------|-------------------|---------------------|-------|-------------------|---------------------|
| 08-29 | 664.39 | 664.39 | 08-31 | 664.39 | 664.39 |
| 08-30 | 664.39 | 664.39 | | | |

Su balance mínimo durante este periodo fue: $638.13

Su próximo estado será el 30 de septiembre de 2016

Mensajes de Interés

DE TENER ALGUNA PREGUNTA O IDENTIFICAR ALGÚN ERROR EN ESTE ESTADO DE CUENTA DEBE
COMUNICARSE AL CENTRO DE BANCA DE NEGOCIOS AL 787-756-3939 O 1-855-756-3939 DENTRO DEL
TÉRMINO ESTABLECIDO EN EL CONTRATO DE CUENTAS DE DEPÓSITO COMERCIALES.



**BANCO POPULAR**®

MANUEL M BABILONIA SANTIAGO DBA HOSTAL    147-331404    PAGINA 3

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.

0500143680    06/10/16        275.74

**BANCO POPULAR.**

Estado Bancario

Desde:
30 de julio de 2016

Hasta:
31 de agosto de 2016

4C

MILTA CORTES RAMOS CASO 160114811
DBA PERLAS DEL MAR GENERAL OPERATING
4061 AVE MILITAR
ISABELA PR 00662-4183

BANKRUPTCY COURT

Página 1

Número de Cuenta
147-  )8216

MILTA CORTES RAMOS CASO 1 114811

## Resumen de su Cuenta

### Cheques

| | |
|---|---|
| Balance Inicial | $1,431.91 |
| 01 Depósitos | 250.00 |
| 11 Retiros | 1,561.00 |
| Cargos por Servicios | 3.00 |
| **Balance Final** | **$117.91** |

Recibe **GRATIS** en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 o 1-855-756-3939.

Ahora Telebanco Comercial es el **nuevo Centro de Banca de Negocios** y nuestro nuevo número es el 787-756-3939 o 1-855-756-3939.

**CENTRO DE BANCA DE NEGOCIOS** le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:

- Balance en sus cuentas
- Productos y servicios comerciales
- Préstamos Comerciales
- Solicitudes de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

## Detalle de la actividad de su Cuenta

### Cheques

**Balance Inicial**  $1,431.91

#### Depósitos

**Hojas de Depósito**

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-08 | 500200363 | Depósito | 250.00 |
| | | **01 Total de hojas de depósito** | **$250.00** |
| | | **01 Total de depósitos** | **$250.00** |

#### Retiros

**Cheques Pagados**

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00012 | 08-22 | 500136178 | 150.00 | 01023 | 08-05 | 500129292 | 661.44 |
| 00039 | 08-10 | 500149773 | 155.00 | 01025 | 08-10 | 501007757 | 40.00 |
| | | | | | | **04 Cheques Pagados** | **$1,016.44** |

**Otros Débitos**

| Fecha | Referencia | Descripción | | Cantidad |
|---|---|---|---|---|
| 08-01 | 110069711317 | Pago Claro | XxxxxxZ269 Edps Claro | 32.67 |
| 08-02 | 150077716527 | Pago Safesecurity | Xxxxxx1111 8006697779 | 148.78 |
| 08-09 | 210093353699 | Pago Sprint8006396111 Achbillpay | Xxxxxx6616 | 133.00 |
| 08-10 | 230096751425 | Pago Sprint8006396111 Achbillpay | Xxxxxx6616 | 50.61 |
| 08-15 | 280013509902 | Pago Dish Network | 9159959116 Spa Dish Ntwrk | 107.08 |
| 08-29 | 190049600950 | Pago Claro | Xxxxxx7195 Edps Claro | 43.84 |
| 08-31 | 430056473716 | Pago Claro | XxxxxxZ269 Edps Claro | 28.36 |

# BANCO POPULAR.

| Desde: | |
|---|---|
| | 30 de julio de 2016 |
| Hasta: | |
| | 31 de agosto de 2016 |

BANKRUPTCY COURT

Página 2

Número de Cuenta
**147-308216**

MILTA CORTES RAMOS CASO 160114811

## Retiros (continuación)

### Otros Débitos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| | | 07 Total de otros retiros | $544.56 |
| | | 11 Total de retiros | $1,561.00 |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 3.00 |
| 04 Transacciones en Exceso de | 0 | 0.00 | 0.00 |
| | Total de Cargos para este Período | | $3.00 |
| | **Balance Final** | | **$117.91** |

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 08-01 | 1,399.24 | 1,399.24 | 08-17 | 548.31 | 548.31 |
| 08-02 | 1,250.46 | 1,250.46 | 08-18 | 548.31 | 548.31 |
| 08-03 | 1,250.46 | 1,250.46 | 08-19 | 548.31 | 548.31 |
| 08-04 | 1,250.46 | 1,250.46 | 08-22 | 398.31 | 398.31 |
| 08-05 | 589.02 | 589.02 | 08-23 | 398.31 | 398.31 |
| 08-08 | 839.02 | 839.02 | 08-24 | 398.31 | 398.31 |
| 08-09 | 706.02 | 706.02 | 08-25 | 398.31 | 398.31 |
| 08-10 | 655.39 | 655.39 | 08-26 | 398.31 | 398.31 |
| 08-11 | 655.39 | 655.39 | 08-29 | 354.47 | 354.47 |
| 08-12 | 655.39 | 655.39 | 08-30 | 149.47 | 149.47 |
| 08-15 | 548.31 | 548.31 | 08-31 | 117.91 | 117.91 |
| 08-16 | 548.31 | 548.31 | | | |

---

Su balance mínimo durante este periodo fue: $120.91

Su próximo estado será el 30 de septiembre de 2016

## Mensajes de Interés

DE TENER ALGUNA PREGUNTA O IDENTIFICAR ALGÚN ERROR EN ESTE ESTADO DE CUENTA DEBE
COMUNICARSE AL CENTRO DE BANCA DE NEGOCIOS AL 787-756-3939 O 1-855-756-3939 DENTRO DEL
TÉRMINO ESTABLECIDO EN EL CONTRATO DE CUENTAS DE DEPÓSITO COMERCIALES.

## BANCO POPULAR®

MILTA CORTES RAMOS CASO 160114811          147-308216    PAGINA 3

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500136178    08/22/16      150.00          0500149273    08/30/16      165.00

0500129292    08/05/16      661.44          0500100757    08/30/16       40.00



www.sanrafael.coop

# Estado de Cuenta

**MANUEL MIGUEL BABILONIA SANTIAGO**
**BUZON 4061**
**AVE MILITAR**
**ISABELA, PR 00662**

| Rango de Fecha |
| --- |
| 1/AGO/2016 HASTA 31/AGO/2016 |

### Tipo 5 - Acciones

| FECHA TRAN | TIPO TRAN | DESCRIPCIÓN | CANT TRAN | BALANCE |
| --- | --- | --- | --- | --- |
| 24/AGO/2016 | Deposito | REVERSO PAGO M/C 21089 SOL | 346.00 | 20,720.18 |
| 15/AGO/2016 | Deposito | REVERSO POR DIR(AUT) | 26.68 | 20,374.18 |
| 15/AGO/2016 | Journal Adjustment | REVERSO POR DIR(AUT) | 3,317.52 | 20,347.50 |

### Tipo 9 - Cta EsScrow

| FECHA TRAN | TIPO TRAN | DESCRIPCIÓN | CANT TRAN | BALANCE |
| --- | --- | --- | --- | --- |
| 15/AGO/2016 | RETIRO | REVERSO POR DIR(AUT) | - 26.68 | 796.24 |

### Tipo 11 - Cta. Corriente

| FECHA TRAN | TIPO TRAN | DESCRIPCIÓN | CANT TRAN | BALANCE |
| --- | --- | --- | --- | --- |
| 30/AGO/2016 | Deposito de ACH | AIRBNB PAYMENTS - 32630514 PPD  JTLQ735DMR | 96.00 | 127.57 |
| 12/AGO/2016 | Cheque Pagado | | - 300.00 | 31.57 |

### Tipo 89 - Holding

| FECHA TRAN | TIPO TRAN | DESCRIPCIÓN | CANT TRAN | BALANCE |
| --- | --- | --- | --- | --- |

### Préstamo # 5 Tipo V08 - Hipotecario

| FECHA TRAN | DESCRIPCIÓN | CANT TRAN | PRINC | INT | REC | ACC | SEG DESMP | BALANCE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 15/AGO/2016 | REVERSO POR DIR(AUT) | 707.91 | | 707.91 | | | | 170,259.10 |
| 15/AGO/2016 | REVERSO POR DIR(AUT) | 121.47 | 121.47 | | | | | 170,259.10 |
| 15/AGO/2016 | REVERSO POR DIR(AUT) | 708.41 | | 708.41 | | | | 170,137.63 |
| 15/AGO/2016 | REVERSO POR DIR(AUT) | 120.97 | 120.97 | | | | | 170,137.63 |
| 15/AGO/2016 | REVERSO POR DIR(AUT) | 708.91 | | 708.91 | | | | 170,016.66 |
| 15/AGO/2016 | REVERSO POR DIR(AUT) | 120.47 | 120.47 | | | | | 170,016.66 |
| 15/AGO/2016 | REVERSO POR DIR(AUT) | 709.41 | | 709.41 | | | | 169,896.19 |
| 15/AGO/2016 | REVERSO POR DIR(AUT) | 119.97 | 119.97 | | | | | 169,896.19 |